IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE HUGHES,                                    No. C-10-1478 TEH (PR)

        Petitioner,

    v.                                            ORDER OF DISMISSAL

UNITED STATES PAROLE COMMISSION, et. al.,

        Respondent(s).
_____/

      This habeas corpus action by a pro se prisoner was filed on April 7, 2010. Doc. #1. The Court notified Petitioner in writing at that time that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison trust account and a copy of his prison trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within thirty days would result in dismissal of the action. Doc. #2.

//

1       On April 26, 2010, the notice of deficiency sent to
2 Petitioner by the Court was returned as undeliverable.  Doc. #3.
3 More than two months have elapsed since Petitioner was sent notice
4 of his filing deficiency.  Petitioner has not provided the Court
5 with the requisite items, or sought an extension of time to do so.
6 Further, Petitioner has failed to provide the Court with a current
7 mailing address.

8       Because more than sixty days have passed since the Court's
9 mail to Petitioner was returned, the action is DISMISSED without
10 prejudice pursuant to Civil Local Rule 3-11(b).

11       The Clerk shall terminate all pending motions as moot and
12 close the file.

14       IT IS SO ORDERED.

16 **DATED**     06/30/10     _____
17                                     THELTON E. HENDERSON
                                    United States District Judge

26 G:\PRO-SE\TEH\HC.10\Hughes-10-1478.order of dismissal-clr 3-11-b.wpd

**2**